IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TONI COLE                                                                                                    PLAINTIFF

VS.                                         CASE NO. 1:14-CV-1005

SHERIFF MIKE MCGOUGH
and CAPTAIN MITCHAM                                                                         DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed February 5, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16). Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's orders, failure to comply with the Federal Rules of Civil Procedure and Local Rules, and failure to prosecute.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiffs' Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge